J. Curtis Edmondson, SBN 236105
LAW OFFICES OF J. CURTIS EDMONDSON
3720 SW 141st Avenue, Suite 212
Beaverton, OR 97005
Telephone: (503) 336-3749
Facsimile: (503) 482-7418
E-mail: jcedmondson@edmolaw.com

Attorney for Defendant Reliant Engineering &
Manufacturing Services, Inc.

## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
## OAKLAND DIVISION

| | |
|---|---|
| JAMES E. SHELTON, **)** | Case No.: 4:26-cv-03793-PHK |
| **)** | |
| Plaintiff, **)** | **ANSWER, AFFIRMATIVE** |
| v. **)** | **DEFENSES AND COUNTERCLAIMS** |
| **)** | **TO PLAINTIFF'S COMPLAINT** |
| RELIANT ENGINEERING & **)** | |
| MANUFACTURING **)** | **JURY TRIAL DEMAND** |
| SERVICES, INC. dba **)** | |
| LUNCHEASE, **)** | |
| **)** | |
| Defendant. **)** | |
| **)** | |

In response to Plaintiff's Class Action Complaint, Defendant Reliant Engineering & Manufacturing Services, Inc. ("Reliant" or "Defendant") hereby answers James E. Shelton's ("Shelton" or "Plaintiff") Complaint and asserts its affirmative defenses and Counterclaim.

## DEFENDANT'S ANSWER

Page 1 – Case No. 4:26-cv-03793-PHK

For the material allegations of the Complaint, Reliant hereby answers the Complaint as follows:

## PRELIMINARY STATEMENT

1.     With regard to the allegations of paragraph 1, Reliant lacks sufficient information or belief to admit or deny, and on that basis denies.

2.     With regard to the allegations of paragraph 2, Reliant lacks sufficient information or belief to admit or deny, and on that basis denies.

3.     With regard to the allegations of paragraph 3, Reliant lacks sufficient information or belief to admit or deny, and on that basis denies.

4.     With regard to the allegations of paragraph 4, Reliant lacks sufficient information or belief to admit or deny, and on that basis denies.

5.     With regard to the allegations of paragraph 5, Reliant lacks sufficient information or belief to admit or deny, and on that basis denies.

6.     With regard to the allegations of paragraph 6, Reliant denies that it violated the TCPA by making telemarketing calls to Plaintiff; as to the remaining allegations of paragraph 6, Reliant lacks sufficient information or belief to admit or deny, and on that basis denies.

## PARTIES

7.     With regard to the allegations of paragraph 7, Reliant lacks sufficient information or belief to admit or deny, and on that basis denies.

8.     With regard to the allegations of paragraph 8, Reliant admits.

## JURISDICTION & VENUE

9.     With regard to the allegations of paragraph 9, Reliant admits.

10.    With regard to the allegations of paragraph 10, Reliant admits.

11.    With regard to the allegations of paragraph 11, Reliant admits

Page 2 – Case No. 4:26-cv-03793-PHK

DEFENDANT'S ANSWER,
AFFIRMATIVE DEFENSES TO
CLASS ACTION COMPLAINT

12.     With regard to the allegations of paragraph 12, Reliant admits.

## INTRODUCTION

13.     With regard to the allegations of paragraph 13, this appears to be a statement of law to which no factual allegations are stated to be admitted or denied. To the extent there are factual allegations, Reliant lacks sufficient information or belief to admit or deny, and on that basis denies.

## I.     The National Do Not Call Registry

14.     With regard to the allegations of paragraph 14, this appears to be a statement of law to which no factual allegations are stated to be admitted or denied. To the extent there are factual allegations, Reliant lacks sufficient information or belief to admit or deny, and on that basis denies.

15.     With regard to the allegations of paragraph 15, this appears to be a statement of law to which no factual allegations are stated to be admitted or denied. To the extent there are factual allegations, Reliant lacks sufficient information or belief to admit or deny, and on that basis denies.

16.     With regard to the allegations of paragraph 16, this appears to be a statement of law to which no factual allegations are stated to be admitted or denied. To the extent there are factual allegations, Reliant lacks sufficient information or belief to admit or deny, and on that basis denies.

## II.     The TCPA Also Requires Telemarketers to Transmit Caller Identification  Information Including the Telemarketer's Name

17.     With regard to the allegations of paragraph 17, this appears to be a statement of law to which no factual allegations are stated to be admitted or denied. To the extent there are factual allegations, Reliant lacks sufficient information or belief to admit or deny, and on that basis denies.

Page 3 – Case No. 4:26-cv-03793-PHK

DEFENDANT'S ANSWER, AFFIRMATIVE DEFENSES TO CLASS ACTION COMPLAINT

18.     With regard to the allegations of paragraph 18, this appears to be a statement of law to which no factual allegations are stated to be admitted or denied. To the extent there are factual allegations, Reliant lacks sufficient information or belief to admit or deny, and on that basis denies.

19.     With regard to the allegations of paragraph 19, this appears to be a statement of law to which no factual allegations are stated to be admitted or denied. To the extent there are factual allegations, Reliant lacks sufficient information or belief to admit or deny, and on that basis denies.

## PLAINTIFF'S ALLEGATIONS

20.     With regard to the allegations of paragraph 20, Reliant admits.

21.     With regard to the allegations of paragraph 21, Reliant lacks sufficient information or belief to admit or deny, and on that basis denies.

22.     With regard to the allegations of paragraph 22, Reliant lacks sufficient information or belief to admit or deny, and on that basis denies.

23.     With regard to the allegations of paragraph 23, Reliant lacks sufficient information or belief to admit or deny, and on that basis denies.

24.     With regard to the allegations of paragraph 24, Reliant lacks sufficient information or belief to admit or deny, and on that basis denies.

25.     With regard to the allegations of paragraph 25, Reliant lacks sufficient information or belief to admit or deny, and on that basis denies.

26.     With regard to the allegations of paragraph 26, Reliant lacks sufficient information or belief to admit or deny, and on that basis denies.

27.     With regard to the allegations of paragraph 27, Reliant lacks sufficient information or belief to admit or deny, and on that basis denies.

28.     With regard to the allegations of paragraph 28, Reliant lacks

Page 4 – Case No. 4:26-cv-03793-PHK

DEFENDANT'S ANSWER, AFFIRMATIVE DEFENSES TO CLASS ACTION COMPLAINT

sufficient information or belief to admit or deny, and on that basis denies.

29.    With regard to the allegations of paragraph 29, Reliant admits that Plaintiff appears to have failed to "Text STOP to opt out," from text messages, and as to the remainder of allegations in paragraph 29, Reliant lacks sufficient information or belief to admit or deny, and on that basis denies.

30.    With regard to the allegations of paragraph 30, Reliant lacks sufficient information or belief to admit or deny, and on that basis denies.

31.    With regard to the allegations of paragraph 31, Reliant lacks sufficient information or belief to admit or deny, and on that basis denies.

32.    With regard to the allegations of paragraph 32, Reliant lacks sufficient information or belief to admit or deny, and on that basis denies.

33.    With regard to the allegations of paragraph 33, Reliant lacks sufficient information or belief to admit or deny, and on that basis denies.

34.    With regard to the allegations of paragraph 34, this appears to be a statement of law to which no factual allegations are stated to be admitted or denied. To the extent there are factual allegations, Reliant lacks sufficient information or belief to admit or deny, and on that basis denies.

35.    With regard to the allegations of paragraph 35, Reliant lacks sufficient information or belief to admit or deny, and on that basis denies.

36.    With regard to the allegations of paragraph 36, Reliant lacks sufficient information or belief to admit or deny, and on that basis denies.

37.    With regard to the allegations of paragraph 37, Reliant lacks sufficient information or belief to admit or deny, and on that basis denies.

38.    With regard to the allegations of paragraph 38, Reliant lacks sufficient information or belief to admit or deny, and on that basis denies.

DEFENDANT'S ANSWER, AFFIRMATIVE DEFENSES TO CLASS ACTION COMPLAINT

39.    With regard to the allegations of paragraph 39, Reliant lacks sufficient information or belief to admit or deny, and on that basis denies.

40.    With regard to the allegations of paragraph 40, Reliant lacks sufficient information or belief to admit or deny, and on that basis denies.

41.    With regard to the allegations of paragraph 41, Reliant denies.

42.    With regard to the allegations of paragraph 42, Reliant lacks sufficient information or belief to admit or deny, and on that basis denies.

43.    With regard to the allegations of paragraph 43, Reliant lacks sufficient information or belief to admit or deny, and on that basis denies.

44.    With regard to the allegations of paragraph 44, Reliant lacks sufficient information or belief to admit or deny, and on that basis denies.

45.    With regard to the allegations of paragraph 45, Reliant lacks sufficient information or belief to admit or deny, and on that basis denies.

46.    With regard to the allegations of paragraph 46, Reliant lacks sufficient information or belief to admit or deny, and on that basis denies.

47.    With regard to the allegations of paragraph 47, Reliant lacks sufficient information or belief to admit or deny, and on that basis denies.

48.    With regard to the allegations of paragraph 48, Reliant lacks sufficient information or belief to admit or deny, and on that basis denies.

49.    With regard to the allegations of paragraph 49, Reliant denies.

50.    With regard to the allegations of paragraph 50, Reliant denies.

51.    With regard to the allegations of paragraph 51, Reliant denies.

52.    With regard to the allegations of paragraph 52, Reliant lacks sufficient information or belief to admit or deny, and on that basis denies.

## CLASS ALLEGATIONS

Page 6 – Case No. 4:26-cv-03793-PHK

DEFENDANT'S ANSWER, AFFIRMATIVE DEFENSES TO CLASS ACTION COMPLAINT

53. With regard to the allegations of paragraph 53, Reliant incorporates by reference all admissions and denials to each paragraph alleged above.

54. With regard to the allegations of paragraph 54, Reliant lacks sufficient information or belief to admit or deny, and on that basis denies.

55. With regard to the allegations of paragraph 55, Reliant denies.

56. With regard to the allegations of paragraph 56, Reliant denies.

57. With regard to the allegations of paragraph 57, Reliant lacks sufficient information or belief to admit or deny, and on that basis denies.

58. With regard to the allegations of paragraph 58, Reliant denies.

59. With regard to the allegations of paragraph 59, Reliant admits that Plaintiff seeks injunctive relief and damages.

60. With regard to the allegations of paragraph 60, Reliant denies.

61. With regard to the allegations of paragraph 61, Reliant denies.

62. With regard to the allegations of paragraph 62, Reliant lacks sufficient information or belief to admit or deny, and on that basis denies.

63. With regard to the allegations of paragraph 63, Reliant denies.

64. With regard to the allegations of paragraph 64, Reliant denies.

64a With regard to the allegations of paragraph 64a, Reliant denies;

64b With regard to the allegations of paragraph 64b, Reliant denies;

64c With regard to the allegations of paragraph 64c, Reliant denies;

64d With regard to the allegations of paragraph 64d, Reliant denies;

64e With regard to the allegations of paragraph 64e, Reliant denies;

65. With regard to the allegations of paragraph 65, Reliant denies.

66. With regard to the allegations of paragraph 66, Reliant lacks sufficient information or belief to admit or deny, and on that basis denies.

Page 7 – Case No. 4:26-cv-03793-PHK

DEFENDANT'S ANSWER,
AFFIRMATIVE DEFENSES TO
CLASS ACTION COMPLAINT

67. With regard to the allegations of paragraph 67, Reliant denies.

68. With regard to the allegations of paragraph 68, Reliant lacks sufficient information or belief to admit or deny, and on that basis denies.

69. With regard to the allegations of paragraph 65, Reliant lacks sufficient information or belief to admit or deny, and on that basis denies.

## CAUSES OF ACTION

## FIRST CAUSE OF ACTION

## Violation of the Telephone Consumer Protection Act

70. With regard to the allegations of paragraph 70, Reliant incorporates by reference all admissions and denials to each paragraph alleged above.

71. With regard to the allegations of paragraph 71, Reliant lacks sufficient information or belief to admit or deny, and on that basis denies.

72. With regard to the allegations of paragraph 72, Reliant denies.

73. With regard to the allegations of paragraph 73, Reliant denies.

74. With regard to the allegations of paragraph 74, Reliant denies.

## SECOND CAUSE OF ACTION

## Violations of the TCPA

75. With regard to the allegations of paragraph 75, Reliant incorporates by reference all admissions and denials to each paragraph alleged above.

76. With regard to the allegations of paragraph 76, this appears to be a statement of law to which no factual allegations are stated to be admitted or denied. To the extent there are factual allegations, Reliant lacks sufficient information or belief to admit or deny, and on that basis denies.

77. With regard to the allegations of paragraph 77, Reliant denies.

78. With regard to the allegations of paragraph 78, Reliant denies, to the

Page 8 – Case No. 4:26-cv-03793-PHK

DEFENDANT'S ANSWER, AFFIRMATIVE DEFENSES TO CLASS ACTION COMPLAINT

extent that such "violations" are alleged to be Defendant's.

79.   With regard to the allegations of paragraph 79, Reliant denies.

80.   With regard to the allegations of paragraph 80, Reliant denies.

## THIRD CAUSE OF ACTION

### Violations of the TCPA

81,   With regard to the allegations of paragraph 81, Reliant incorporates by reference all admissions and denials to each paragraph alleged above.

82.   With regard to the allegations of paragraph 82, Reliant denies.

83.   With regard to the allegations of paragraph 83, Reliant denies.

84.   With regard to the allegations of paragraph 84, Reliant denies.

As to the prayer, Defendant Reliant denies that Plaintiff is entitled to any and/or each of the items of relief he has requested.

## AFFIRMATIVE DEFENSES

In addition to the above responses to James E. Shelton's ("Shelton" or "Plaintiff") allegations, Defendant asserts that the following Affirmative Defenses as against Shelton and potential class members.  Any affirmative defense presented against Shelton shall also be asserted against any potential class members.

### FIRST AFFIRMATIVE DEFENSE

### (Failure to State a Claim for Relief)

85.   Shelton (and potential class members) fail to state a claim upon which relief can be granted.

Page 9 – Case No. 4:26-cv-03793-PHK

## SECOND AFFIRMATIVE DEFENSE

### (Failure to Mitigate Damages and No Actual Damage)

86.    Shelton (and potential class members) have made no attempt to mitigate any actual or perceived damages and from his prior litigation conduct, has the ability and understanding to terminate such messages, if any did occur, after the first message was received.

## THIRD AFFIRMATIVE DEFENSE

### (Consent)

87.    Shelton (and potential class members) consent to such transmissions either expressly or implicitly.

## FOURTH AFFIRMATIVE DEFENSE

### (Standing)

88.    Shelton's telephone number is not an individual consumer telephone number, rather a business telephone number, further, the telephone number is not used for individual consumer purposes (e.g. for personal reasons) rather is used solely for business purposes, namely to instigate and maintain litigation.

## FIFTH AFFIRMATIVE DEFENSE

### (Not an appropriate Class Representative)

89.    Shelton is not an appropriate class representative under Rule 23(a)(4) as he cannot fairly and adequate protect the interests of the class.

## SIXTH AFFIRMATIVE DEFENSE

### (No Bad Faith or Willfullness)

90.    Defendant actions, to the extent they caused any harm to Shelton or the class member, was done with no intent to harm as any numbers were not randomly selected rather obtained by a curated list.

DEFENDANT'S ANSWER,
AFFIRMATIVE DEFENSES TO
CLASS ACTION COMPLAINT

## JURY TRIAL DEMAND

Pursuant to FRCP 38, Reliant hereby demands a jury trial on all matters so triable.

## PRAYER FOR RELIEF

WHEREFORE, Reliant prays for judgment in its favor and against Shelton as follows:

    A. Denial of relief for monetary damages;

    B. Denial of injunctive relief;

    C. For costs of suit and other costs, including but limited to investigation and expert fees;

    D. For such other relief as the Court may deem just and proper.

Respectfully requested,

*/s/ J. Curtis Edmondson*

Dated:  May 27, 2026

_____

J. Curtis Edmondson, SBN 236105
Attorney for Defendant Reliant
Engineering & Manufacturing Services,
Inc.

DEFENDANT'S ANSWER,
AFFIRMATIVE DEFENSES TO
CLASS ACTION COMPLAINT