UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

James E. Shelton                    ,

Plaintiff(s),

v.

Reliant Engineering & Mfg. Se   ,

Defendant(s).

Case No. 3:26-cv-03793-RFL

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, Andrew Roman Perrong___, an active member in good standing of the bar of Pennsylvania_____, hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: James E. Shelton_____ in the above-entitled action. My local co-counsel in this case is Victor Sandoval_____, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.  Local co-counsel's bar number is: 344461_____.

| 1669 Edgewood Rd. #218, Yardley PA 19067 | 3415 S Sepulveda Blvd #1100, Los Angeles, CA 90034 |
|---|---|
| MY ADDRESS OF RECORD | LOCAL CO-COUNSEL'S ADDRESS OF RECORD |
| 215-225-5529 | 562-534-5907 |
| MY TELEPHONE # OF RECORD | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD |
| a@perronglaw.com | victor@almeidalawgroup.com |
| MY EMAIL ADDRESS OF RECORD | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 333687_____.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I have been granted pro hac vice admission by the Court 0_____ times in the 12 months preceding this application.

United States District Court
Northern District of California

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.  I declare under penalty of perjury that the foregoing is true and correct.

Dated: 07/09/2026

Andrew Roman Perrong
APPLICANT

ORDER GRANTING APPLICATION

FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of  Andrew Roman Perrong    is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: July 10, 2026

UNITED STATES DISTRICT JUDGE RITA F. LIN

United States District Court
Northern District of California

Updated 11/2021

2



## Supreme Court of Pennsylvania

## CERTIFICATE OF GOOD STANDING

### *Andrew Roman Perrong, Esq.*

**DATE OF ADMISSION**

*October 10, 2023*

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.

**Witness my hand and official seal**
**Dated:  June 29, 2026**

Nicole Traini
Chief Clerk